UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET M. BALL

    Plaintiff,

v

                                                          Case No. 4:06-cv-02

BLUE CROSS AND BLUE SHIELD
OF MICHIGAN and
BLUE CROSS AND BLUE SHIELD
ASSOCIATION, a foreign entity,
                                                     Hon. Wendell A. Miles

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this same date,

IT IS ORDERED AND ADJUDGED that plaintiff Janet M. Ball shall take nothing, that the action be dismissed on the merits, and that the defendant Blue Cross and Blue Shield Association recover of the plaintiff its costs of the action.

Entered this 23rd day of January, 2007.

                                                           /s/ Wendell A. Miles
                                                           Wendell A. Miles, Senior Judge